**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7283**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

THEODORE MCKINLEY DOWDELL, JR., a/k/a Theo
Dowdell,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Raymond A. Jackson, District Judge. (CR-98-50, CA-00-21-4)

_____

Submitted: February 16, 2001        Decided: March 1, 2001

_____

Before NIEMEYER, LUTTIG, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Theodore McKinley Dowdell, Jr., Appellant Pro Se.  William David Muhr, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Theodore M. Dowdell seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). In addition, Appellant complains that he should be granted an evidentiary hearing, leave to amend his initial § 2255 motion, and production of a state court transcript at government expense. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Dowdell, Nos. CR-98-50; CA-00-21-4 (E.D. Va. Aug. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2